**124**

■

**James R. YOCOM, etc., Appellant,**

v.

**Arthur BRANHAM et al., Appellees.**

Court of Appeals of Kentucky.

June 14, 1974.

Thomas L. Ferreri, Frankfort, for appellant.

Kelsey E. Friend, John M. Stephens, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

■

**BUD HUBER'S G.M.C., INC., et al., Appellants,**

v.

**Kenneth Ray CLARK, Appellee.**

Court of Appeals of Kentucky.

June 14, 1974.

William A. Miller, Louisville, for appellants.

F. Thomas Conway, Robert E. Webb, Jr., Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner HOLLIE CONLEY, Reversing.*

■

**James Allen SCHOOLER et al., Appellants,**

v.

**Sherman HOWELL, Administrator of the Estate of Charles Edgar Howell, Deceased, Appellee.**

Court of Appeals of Kentucky.

June 14, 1974.

James F. Clay, Sr., Clay & Clay, Danville, for appellants.

James L. Avritt, Spragens, Avritt & Spragens, Lebanon, for appellee.

Memorandum Opinion of the Court by Special Commissioner, WILLIAM G. FUQUA, Affirming.*

■

**Kenneth Lee UTTERBACK, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 14, 1974.

Matthew B. Quinn, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, II, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

\* Opinion ordered not to be published.